**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-01511-LTB

DONALD MICHAEL LYNN,

    Plaintiff,

v.

ACCOUNT BROKERS, INC., doing business as Account Brokers of Larimer County, Inc., and
R. GARY MARSCHHAUSEN, Individually,

    Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Dismissal of Complaint With Prejudice (Doc 6 - filed October 2, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   April 13, 2016